G. FRANK DOUGHERTY, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant. (Action No. 29.) — Order denying defendant's motion to change the place of trial from Nassau county to New York county affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Hagarty, Tompkins and Davis, JJ., concur.

JOHN L. FORSYTH, Appellant, v. GRACE F. RAYNOR, Respondent.— Judgment reversed on the law and a new trial granted, costs to abide the event. In our opinion, the plaintiff made out a *prima facie* case which entitled him to go to the jury on the question of the alleged negligent operation of the defendant's automobile while it was being used with her express or implied permission. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

MARION GISE, an Infant, by HANNAH KENNY, Her Guardian ad Litem, Appellant, v. THE BROOKLYN SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN, Respondent.— Order denying motion to treat answer as a nullity reversed on the law and the facts, without costs, and motion granted to the extent of striking out all of the answer except the denial of the amount of plaintiff's damages. The second cause of action contained in plaintiff's complaint is dismissed. In our opinion the second cause of action is insufficient because we think that plaintiff's detention was under a valid process of the Children's Court. That court has jurisdiction to commit as a material witness a child under the age of sixteen years, even though such child is not delinquent, neglected, etc. The denials and defenses contained in the answer are insufficient in law as to the first cause of action, and should be struck out except as to the issue of damages, which must be tried. Order denying plaintiff's motion for resettlement affirmed, without costs. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur. [See *post*, p. 852.]

CHARLES HERTZIG, Respondent, v. PARAMOUNT BRICK WORKS, INC., and Others, Defendants, Impleaded with A. M. HAZELL, INC., Appellant.— Judgment affirmed, with costs. No opinion. Kapper, Scudder and Davis, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent.

In the Matter of the Application of COUNTY OF WESTCHESTER by WESTCHESTER COUNTY PARK COMMISSION, Organized and Existing under and in Pursuance· of Chapter 292 of the Laws of 1922 of the State of New York and the Acts Amendatory Thereof and Supplemental Thereto, Appellant, to Acquire Title to Lands of ELIDA M. GARDINER and Others, Defendants. HANNAH McCORD, Respondent.— Order denying motion to confirm report of commissioners of appraisal and appointing new commissioners reversed on the law and the facts, with costs, and motion to confirm granted, the court being of opinion that the award is supported by the evidence and is not inadequate as matter of law or fact. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.